JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANNA TRYON PLETCHER (CABN 239730)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7129
    Facsimile:    (415) 436-7234
    Email: anna.pletcher2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-0145 MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| DAGOBERTO RIVERA PUERTO, a/k/a Jose Luis Roda | |
| Defendant. | |

On March 15, 2010, the parties in this case appeared before the Court for a status conference. At that time, the Court set a further status / change of plea hearing for March 29, 2010 at 10:00 a.m. The parties also agreed to exclude the period of time between March 15, 2010 and March 29, 2010 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective

//

//

//

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0145 MHP                                                                                                                                  1

1  preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends
2  of justice served by granting such an exclusion of time outweigh the best interests of the public
3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made
4  findings consistent with this agreement.

6  SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
8                                           United States Attorney

10 DATED: March 26, 2010                    _____/s/_____
                                            ANNA TRYON PLETCHER
11                                          Special Assistant United States Attorney

13 DATED: March 26, 2010                    _____/s/_____
                                            GEOFFREY HANSON
14                                          Attorney for DAGOBERTO RIVERA PUERTO

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0145 MHP                                                                                    2

## [PROPOSED] ORDER

For the reasons stated above and at the March 15, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 15, 2010 through March 29, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: 3/30/2010



THE HONORABLE MARILYN HALL PATEL
United States District Judge

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0145 MHP                                                                                                    3